IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUN 20 2018
Clerk, US District Court
District of Montana - Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HEATHER SCHUTZ,

Defendant.

CR 06-34-BLG-SPW

ORDER

For the reasons stated on the record at the hearing held on June 20, 2018 on Defendant's Motion for Early Termination of Probation (Doc. 90),

IT IS HEREBY ORDERED that the hearing on Defendant's Motion is **RESET** for **Wednesday, December 19, 2018 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 20th day of June, 2018.

SUSAN P. WATTERS
United States District Judge